THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANSEL W. DUNHAM, Appellant.

*People* v. *Dunham,* 122 App. Div. 905, appeal dismissed.
(Argued March 30, 1908; decided April 7, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1907, which affirmed an order

of the Schenectady County Court denying a motion to resettle a case on appeal.

The motion was made on the ground that the order of the Appellate Division was not appealable to the Court of Appeals.

*Walter Briggs* for motion.

*Daniel Naylon, Jr.*, opposed.

Motion granted and appeal dismissed.